# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | NO. 3:15-CR-48-17 REEVES / GUYTON |
| DEANNA CHRISTINE FARLEY, | ) ) | |
| *Defendant*. | ) | |

## MEMORANDUM ORDER

On January 24, 2017, Deanna Farley was sentenced to 31 months in prison, followed by three years of supervised release, for conspiracy to distribute and possession with intent to distribute a substance containing a detectable amount of oxycodone. On February 15, 2018, Ms. Farley began her term of supervised release. To date, she has served 20 months of her three-year term.

On October 23, 2019, Ms. Farley filed a *pro se* motion for early termination of supervised release [D. 563]. In support of her motion, Ms. Farley states that she has complied with all terms of supervised release, passed every drug screen since she has been released, and has enjoyed stable relationships and family support in her recovery.

Ms. Farley' probation officer has indicated that Ms. Farley has had positive support from her family and other stable relationships. She has complied with all needed treatment and has not incurred any violations. Additionally, Ms. Farley's probation officer has confirmed that she has passed all random drug screens. Neither the probation office nor the government object to Ms. Farley' request for early termination of supervised release.

1

A court may terminate a term of supervised release at any time after the expiration of one year of supervision if, after considering the factors set forth in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(6), and (a)(7), "it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). After carefully considering the requirements of the statute, the Court finds that early termination of supervised release is appropriate in this case. Accordingly, Ms. Farley' motion [D. 563] is **GRANTED**, and her term of supervised release is **TERMINATED**.

The Court is glad to hear that Ms. Farley is doing well, and wishes her continued success.

**IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**